UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRIGHT HARRY and RONALD STEPHEN DRAPER, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KCG AMERICAS LLC; et al., <br><br> Defendants - Appellees. | No. 21-16258 <br><br> D.C. No. 4:20-cv-07352-HSG <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered March 24, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7